IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEO ROGERS LOWE　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #85351

V.　　　　　　　　　　　　　1:07cv00012 WRW

TROY CAMPBELL, et al　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice. All pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 17th day of April, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE