IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEO ROGERS LOWE                                                                               PLAINTIFF
ADC #85351

V.                                            1:07cv00012 WRW

TROY CAMPBELL, et al                                                                      DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 17th day of April. 2007.


                                                                /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE